# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| AUSTIN MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- v -<br><br>STONEHENGE HOME SPECIALTIES LLP,<br><br>Defendant. | Cause No.: CV-20-49-BU-BMM-JTJ<br><br><br><br>**DEFAULT JUDGMENT** |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court**. This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered. IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Austin Mutual Insurance Company and against Defendant Stonehenge Home Specialties LLP on Austin Mutual's claim for declaratory relief as follows:  Austin Mutual has no duty to defend or indemnify Stonehenge Home Specialties LLP in the underlying lawsuit under the Austin Mutual policy at issue.

*DATED this 12th day of November, 2020.*

*Brian Morris*